# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JEFFREY CLYDE MURRAY,

       Plaintiff,                     Case Number: 2:09-CV-11764

v.                                      HON. NANCY G. EDMUNDS

BEESLEY, ET AL.,

       Defendants.
                                       /

## ORDER OF TRANSFER

Plaintiff Jeffrey Clyde Murray has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

Venue is appropriate in the judicial district where either all defendants reside or where the claims arose. 28 U.S.C. § 1391(b); *Al-Muhaymin v. Jones*, 895 F.2d 1147 (6th Cir. 1990). Plaintiff complains of events which took place during his incarceration at the Baraga Correctional Facility in Baraga County, Michigan, and the Alger Correctional Facility in Alger County, Michigan. Baraga and Alger Counties lies in the Western District of Michigan. *See* 28 U.S.C. § 102(b)(2). All of the named defendants are employed at either the Baraga or Alger Correctional Facilities. Thus, they too are located in the Western District of Michigan. *See id.* Therefore, venue is not appropriate in this district. The Court will transfer the matter to the district where the claim arose and the defendants reside, the Western District of Michigan.

Accordingly, the Court **ORDERS** the Clerk of the Court to transfer the Court file to the Western District of Michigan.

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: May 15, 2009

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 15, 2009, by electronic and/or ordinary mail.

s/Carol A. Hemeyer
Case Manager